STATE OF NEW JERSEY v. RONALD GORDON.

May 30, 1978. Petition for certification denied.

IN THE MATTER OF
CARMEN IANNELLI, DECEASED.

May 30, 1978. Petition for certification denied. (See 157 *N. J. Super.* 324)

ANNIE LEE BARBER v.
JOHNS MANVILLE PRODUCTS CORPORATION.

May 30, 1978. Petition for certification is granted and the judgment is summarily reversed. The matter is remanded to the Appellate Division for a full hearing of the appeal on the merits.

STATE OF NEW JERSEY v. DONNIE LEWIS MORRISON.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY COLEMAN.

May 30, 1978. Petition for certification denied.